1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH SHERMAN,                          No. CIV S-07-2260-FCD-CMK-P

12              Petitioner,

13       vs.                                   ORDER

14   CHIEF PROBATION OFFICER, et al.,

15              Respondents.

16   _____/

17              Petitioner brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. §

18   2254.  On November 9, 2007, petitioner filed an affidavit of change of income and assets.

19   Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required

20   filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be provided the opportunity to

21   submit either a completed application to proceed in forma pauperis or the appropriate filing fee.

22   Petitioner is warned that failure to comply with this order may result in the dismissal of this

23   action.  See Local Rule 11-110.

24   / / /

25   / / /

26   / / /

Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

2.     The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis.


DATED:  November 16, 2007

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE