IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SHERMAN, | No. CIV S-07-2260-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| CHIEF PROBATION OFFICER, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's motion to withdraw the motion to dismiss (Doc. 11) filed April 25, 2008 (Doc. 13).

Respondent filed a motion to dismiss based on the petition having been filed beyond the statute of limitations period.  Respondent believed petitioner had missed the statute of limitations by failing to appeal his conviction, thus not benefitting from any tolling of the statue of limitations.  Respondent now concedes that petitioner did in fact appeal his conviction, the statute of limitations was tolled during the appeal process, the statute of limitations has not run, and petitioner's federal petition was timely filed.

///

1

In addition, respondent requests an extension of time to file an answer to the petition. Respondent requests 60 days in which to file an answer. Good cause appearing, these requests will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request to withdraw the motion to dismiss (Doc. 13) is granted;

2. The Clerk of the Court is directed to terminate Respondent's motion to dismiss (Doc. 11); and

3. Respondent's answer to the petition for writ of habeas corpus shall be filed within 60 days of the date of service of this order.

DATED: May 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE