IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH SHERMAN,                                   No. CIV S-07-2260-FCD-CMK-P

    Petitioner,

  vs.                                                              ORDER

CHIEF PROBATION OFFICER, et al.,

    Respondents.

_____/

        Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion for an extension of time (Doc. 18), filed on July 8, 2008.

        On May 15, 2008, following the withdrawal of respondents' motion to dismiss, the court ordered respondents to file a response to the petition for a writ of habeas corpus within 60 days.  Respondents now seek an extension of that deadline.  Good cause appearing therefor, the request will be granted.  Failure to comply with this order may result in the imposition of appropriate sanctions.  See Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Respondents' motion for an extension of time is granted; and

2. Respondents shall file a response to the petition within 30 days of the date of service of this order.

DATED: July 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE